| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 2:06CR00482-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 2:07CM1299-MHT 2:07CR186-MHT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Anthony Seay 2312-2 Promenade Blvd Montgomery, Alabama 36116 | DISTRICT New Jersey | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Katharine S. Hayden | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 4/23/07 — TO 4/22/08 |

| OFFENSE |
|---|
| Misprision of A Felony |

RECEIVED
AUG 17 2007
AT 8:30_____M
WILLIAM T. WALSH
CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW JERSEY**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/2/07
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF ALABAMA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/30/2007
Effective Date

_[signature]_
United States District Judge

(Katrina Jones
20 Wash.)