2005R00775/JWR

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-482 |
| v. | : | 18 U.S.C. § 4 |
| ANTHONY VIDAR SEAY | : | **INFORMATION** |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

On or about June 30, 2005, in the District of New Jersey and elsewhere, defendant

ANTHONY VIDAR SEAY

having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, a violation of Title 21, United States Code, Section 841 (a)(1), did knowingly and wilfully conceal and did not as soon as possible make known the same to a judge and other person in civil and military authority under the United States.

In violation of Title 18, United States Code, Section 4.

CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

ANTHONY VIDAY SEAY

**INFORMATION FOR**

18 U.S.C. § 4

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

JONATHAN W. ROMANKOW
*ASSISTANT U.S. ATTORNEY*
*NEWARK, NEW JERSEY*
*973-645-2884*

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-00482-KSH All Defendants

| | |
|---|---|
| Case title: USA v. SEAY | Date Filed: 06/27/2006 |
| Magistrate judge case number: 2:05-mj-03588-MF | Date Terminated: 04/23/2007 |

Assigned to: Judge Katharine S. Hayden

**Defendant**

ANTHONY VIDAR SEAY (1)
*TERMINATED: 04/23/2007*

represented by ANTHONY JOSEPH IACULLO
IACULLO, MARTINO & MARZELLA, LLC
247 FRANKLIN AVENUE
NUTLEY, NJ 07110
(973) 235-1550
Email: tonyi@iacullomartino.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Retained*

**Pending Counts**

18:4 WITHHOLDING INFORMATION ON A CRIME d/o/f 06/05
(1)

**Disposition**

Defendant sentenced to a term of 16 months under Zone C, consisting of custodial sentence of TIME SERVED plus 5 months home confinement; 1 year supervised release; shall refrain from the illegal possession and/or use of drugs, etc.; shall cooperate with DNA collection, etc.; 5 months of home confinement, etc. Special assessment $100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

21:841(a) and (b)(1)(B)-
CONTROLLED SUBSTANCE-
SELL,DISTRIBUTE, OR DISPENSE.
(dof 6/29/05)

**Plaintiff**

USA          represented by   **JONATHAN W. ROMANKOW**
OFFICE OF THE U.S. ATTORNEY
970 BROAD STREET
NEWARK, NJ 07102
(973) 645-2284
Email: jonathan.romankow@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2005 | 14 | CJA 20 as to ANTHONY VIDAR SEAY: Appointment of Attorney ANTHONY JOSEPH IACULLO for ANTHONY VIDAR SEAY. Signed by Judge Mark Falk on 6/30/05. (mm, ) [2:05-mj-03588-MF] (Entered: 07/01/2005) |
| 06/30/2005 | 15 | TEMPORARY COMMITMENT Issued as to ANTHONY VIDAR SEAY. (mm, ) [2:05-mj-03588-MF] (Entered: 07/01/2005) |
| 06/30/2005 | | Arrest of JAMAD ALI, KEVIN FRANK ADKINS, MELVIN JOSEPH ADKINS, JASON LAMAR JONES, ANTHONY VIDAR SEAY, ZAIRE FLOURNOY, RICARDO WEBB (mm, ) [2:05-mj-03588-MF] (Entered: 07/01/2005) |
| 06/30/2005 | 1 | COMPLAINT as to JAMAD ALI (1), KEVIN FRANK ADKINS (2), MELVIN JOSEPH ADKINS (3), JASON LAMAR JONES (4), ANTHONY VIDAR SEAY (5), ZAIRE FLOURNOY (6), RICARDO WEBB (7). (mm, ) [2:05-mj-03588-MF] (Entered: 07/01/2005) |
| 06/30/2005 | 13 | Minute Entry for proceedings held before Judge Mark Falk:Attorney Appointment Hearing, Initial Appearance as to ANTHONY VIDAR SEAY held on 6/30/2005. Detention Hearing set for 7/6/2005 11:30 AM in Newark - Courtroom 9 before Magistrate Judge Mark Falk. Financial Affidavit filled out(DIGITALLY RECORDED F05#6.) (mm, ) [2:05-mj-03588-MF] (Entered: 07/01/2005) |
| 07/06/2005 | 26 | WAIVER of Preliminary Examination or Hearing by ANTHONY VIDAR SEAY (IACULLO, ANTHONY) [2:05-mj-03588-MF] (Entered: 07/06/2005) |
| 07/06/2005 | 28 | WAIVER of Preliminary Hearing by ANTHONY VIDAR SEAY. (mm, ) [2:05-mj-03588-MF] (Entered: 07/07/2005) |
| 08/02/2005 | 32 | ORDER TO CONTINUE - Ends of Justice as to JAMAD ALI, KEVIN |

| | | |
|---|---|---|
| | | FRANK ADKINS, MELVIN JOSEPH ADKINS, JASON LAMAR JONES, ANTHONY VIDAR SEAY, ZAIRE FLOURNOY, RICARDO WEBB Time excluded from 6/29/05 until 8/29/05. Signed by Judge Mark Falk on 8/2/05. (mm, ) [2:05-mj-03588-MF] (Entered: 08/02/2005) |
| 09/15/2005 | 40 | Minute Entry for proceedings held before Judge Mark Falk:Bond Hearing as to ANTHONY VIDAR SEAY held on 9/15/2005. (DIGITALLY RECORDED F05#9.) (mm, ) [2:05-mj-03588-MF] (Entered: 09/15/2005) |
| 09/28/2005 | 43 | ORDER TO CONTINUE - Ends of Justice as to ANTHONY VIDAR SEAY Time excluded from 8/29/05 until 11/25/05. Signed by Judge Mark Falk on 9/28/05. (mm, ) [2:05-mj-03588-MF] (Entered: 09/28/2005) |
| 12/05/2005 | 55 | ORDER TO CONTINUE - Ends of Justice as to ANTHONY VIDAR SEAY Time excluded from 11/25/05 until 2/23/06. Signed by Judge Mark Falk on 12/5/05. (mm, ) [2:05-mj-03588-MF] (Entered: 12/07/2005) |
| 02/24/2006 | 60 | ORDER TO CONTINUE - Ends of Justice as to ANTHONY VIDAR SEAY; Time excluded from 2/23/2006 until 4/24/2006. Signed by Judge Mark Falk on 2/24/2006. (jr) [2:05-mj-03588-MF] (Entered: 02/27/2006) |
| 06/05/2006 | 67 | ORDER TO CONTINUE - Ends of Justice as to ANTHONY VIDAR SEAY; Time excluded from 4/24/2006 until 7/21/2006. Signed by Judge Mark Falk on 6/5/2006. (jr) [2:05-mj-03588-MF] (Entered: 06/05/2006) |
| 06/27/2006 | 68 | INFORMATION as to ANTHONY VIDAR SEAY (1) count(s) 1. (RG, ) (Entered: 06/27/2006) |
| 06/27/2006 | 69 | WAIVER OF INDICTMENT by ANTHONY VIDAR SEAY (RG, ) (Entered: 06/27/2006) |
| 06/27/2006 | 70 | Minute Entry for proceedings held before Judge Katharine S. Hayden :Plea Agreement Hearing as to ANTHONY VIDAR SEAY held on 6/27/2006, Plea entered by ANTHONY VIDAR SEAY (1) Guilty Count 1. Motion for bail granted. Sentencing set for 10/25/2006 02:00 PM before Judge Katharine S. Hayden. (Court Reporter Ralph Florio.) (RG, ) (Entered: 06/27/2006) |
| 06/27/2006 | 71 | APPLICATION for permission to enter Plea of guilty (RG, ) (Entered: 06/27/2006) |
| 06/27/2006 | 72 | PLEA AGREEMENT as to ANTHONY VIDAR SEAY (RG, ) (Entered: 06/27/2006) |
| 06/27/2006 | 73 | ORDER Setting Conditions of Release as to ANTHONY VIDAR SEAY (1) $100,000.00 unsecured w/co-signature . Signed by Judge Katharine S. Hayden on $100,000.00 unsecured w/co-signature. (jn, ) (Entered: 06/29/2006) |
| 06/27/2006 | | Unsecured appearance w/co-signature Bond Entered as to ANTHONY VIDAR SEAY in amount of $ $100,000.00, (jn, ) (Entered: 06/29/2006) |

| | | |
|---|---|---|
| 04/02/2007 | | Minute Entry for proceedings held before Judge Katharine S. Hayden :Status Conference as to ANTHONY VIDAR SEAY held on 4/2/2007 (Court Reporter Ralph Florio.) (rg, ) (Entered: 04/05/2007) |
| 04/23/2007 | 74 | Minute Entry for proceedings held before Judge Katharine S. Hayden :Sentencing held on 4/23/2007 for ANTHONY VIDAR SEAY (1), Count(s) 1, Defendant sentenced to a term of 16 months under Zone C, consisting of custodial sentence of TIME SERVED plus 5 months home confinement; 1 year supervised release; shall refrain from the illegal possession and/or use of drugs, etc.; shall cooperate with DNA collection, etc.; 5 months of home confinement, etc. Special assessment $100.00. (Court Reporter John Stone.) (rg, ) (Entered: 04/25/2007) |
| 04/23/2007 | 75 | JUDGMENT as to ANTHONY VIDAR SEAY (1), Count(s) 1, Defendant sentenced to a term of 16 months under Zone C, consisting of custodial sentence of TIME SERVED plus 5 months home confinement; 1 year supervised release; shall refrain from the illegal possession and/or use of drugs, etc.; shall cooperate with DNA collection, etc.; 5 months of home confinement, etc. Special assessment $100.00. Signed by Judge Katharine S. Hayden on 4/23/07. (lm2, ) (Entered: 04/27/2007) |
| 07/02/2007 | 76 | Probation Jurisdiction Transferred to UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA as to ANTHONY VIDAR SEAY (Waiting for signature of Accepting Jurisdiction) (lm2, ) (Entered: 07/10/2007) |
| 08/17/2007 | 77 | Probation Jurisdiction Transferred to UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA as to ANTHONY VIDAR SEAY. (jgb) (Entered: 08/22/2007) |
| 08/22/2007 | 78 | Clerk's Transmittal Letter to the United States District Court for the Middle District of Alabama. (jgb) (Entered: 08/22/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/27/2007 11:42:59 | | | |
| PACER Login: | us4894 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:06-cr-00482-KSH Start date: 1/1/1970 End date: 8/27/2007 |
| Billable Pages: | 3 | Cost: | 0.24 |

AO 245B (Mod. D/NJ 12/06) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

Case Number  06-482-01

ANTHONY VIDAR SEAY
a.k.a Anthony Vidal Seay
    Anthony Videll Seay
    Ant Seay
    Anthony Viddell Seay

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, ANTHONY VIDAR SEAY, was represented by Anthony Iacullo, Esq.

The defendant pled guilty to count(s) 1 of the indictment on 6/27/06. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18:4 | Misprison of a felony | 06/05 | 1 |

As pronounced on 4/23/07, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count(s) 1, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the  23  day of April, 2007.

KATHARINE S. HAYDEN
United States District Judge

36116

Case 2:06-cr-00482-KSH  Document 75  Filed 04/23/2007  Page 2 of 5
Case 2:07-cr-00186-MHS-CSC  Document 2  Filed 08/27/2007  Page 8 of 11
AO 245B (Mod. D/NJ 12/06) Sheet 2 - Imprisonment

Judgment – Page 2 of 4

Defendant: ANTHONY VIDAR SEAY
Case Number: 06-482-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 16 months under Zone C, consisting of custodial sentence of TIME SERVED plus 5 months home confinement.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

Case 2:06-cr-00482-KSH Document 75 Filed 04/23/2007 Page 3 of 5
Case 2:06-cr-00482-KSH Document 2 Filed 08/24/2007 Page 9 of 11
AO 245B (Mod. D/NJ 12/06) Sheet 3 - Supervised Release

Judgment – Page 3 of 4

Defendant: ANTHONY VIDAR SEAY
Case Number: 06-482-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 1 years.

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court (on the next page).

The defendant shall submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release and shall comply with the following special conditions:

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant is to be confined to his residence for a period of _5_ months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, scheduled visitation with his daughter, and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the per day costs of electronic monitoring.

Case 2:06-cr-00482-KSH Document 75  Filed 04/23/2007  Page 4 of 5
Case 2:06-cr-00482-KSH SC Document 2  Filed 08/27/2007  Page 10 of 11
AO 245B (Mod. D/NJ 12/06) Sheet 3 - Supervised Release

Judgment – Page 3 of 4

Defendant: ANTHONY VIDAR SEAY
Case Number: 06-482-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 1 years.

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.

While on supervised release, the defendant shall comply with the standard conditions that have been adopted by this court (on the next page).

The defendant shall submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remains unpaid at the commencement of the term of supervised release and shall comply with the following special conditions:

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Defendant to serve five months of home confinement. Defendant to pay for the cost of electronic monitoring services. Defendant shall be permitted to leave home confinement for the purposes of work including over time, medical; religious services; and scheduled visitations with his daughter.

Defendant: ANTHONY VIDAR SEAY
Case Number: 06-482-01

## STANDARD CONDITIONS OF SUPERVISED RELEASE

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not illegally possess a controlled substance.

3) If convicted of a felony offense, the defendant shall not possess a firearm or destructive device.

4) The defendant shall not leave the judicial district without the permission of the court or probation officer.

5) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

6) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

7) The defendant shall support his or her dependents and meet other family responsibilities.

8) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

9) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.

10) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.

11) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

13) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

14) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

15) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

---
**For Official Use Only - - - U.S. Probation Office**
---

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____   _____
                         Defendant                              Date

_____   _____
U.S. Probation Officer/Designated Witness              Date